UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                        24-CR-00566 (SN)

**ANTOINE SHEPARD,**                                             **ORDER**

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that the defendant shall appear for a sentencing on Monday, February 3, 2025, at 11:00 a.m. in Courtroom 219, 40 Foley Square, New York, New York. The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing.

**SO ORDERED**.

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:       October 2, 2024
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024