UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

ANTOINE SHEPARD,

    Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2025

24-CR-00566 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    The sentencing scheduled for Monday, February 3, 2025, at 11:00 a.m. is RESCHEDULED for Monday, February 3, 2025, at 11:30 a.m. in Courtroom 219, 40 Foley Square, New York, New York.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 13, 2025
               New York, New York